**DISMISS; Opinion Filed March 13, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01107-CV**

**SEDELLIA ALSHARKI AND MYLES MACAWAY, Appellants**
**V.**
**TOWNELAKE VILLAGE APARTMENT, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05076-E**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Nowell, and Evans
Opinion by Justice Nowell

Although directed to file their opening brief no later than February 24, 2020 and cautioned that failure to do so would result in dismissal of the appeal without further notice, appellants have failed to file their brief. *See* TEX. R. APP. P. 38.8(a)(1). Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE

191107F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SEDELLIA ALSHARKI AND
MYLES MACAWAY, Appellants

No. 05-19-01107-CV     V.

TOWNELAKE VILLAGE
APARTMENT, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-19-05076-
E.
Opinion delivered by Justice Nowell,
Justices Partida-Kipness and Evans
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 13th day of March, 2020.